Joseph Korman and Philip Kasten, Appellants, v. Wanen Catalpa Apartments, Inc., and Carl P. Wanen, Appellees.

Gen. No. 47,458. 

First District, Third Division.
January 21, 1959.
Rehearing denied March 19, 1959.
Released for publication March 20, 1959.

Sidney J. and Arthur Wolf, for appellants; Irving Goodman and Nathan B. Engelstein, for appellees. Opinion by JUSTICE BRYANT. Not to be published in full.